DEERING v. SCHREYER et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Appeal from Special Term, New York County. Action by James A. Deering against John Schreyer and another. From a judgment for defendants, plaintiff appeals. Modified and affirmed. See 97 N. Y. Supp. 14.

C. L. Barber, for appellant. A. Thain, for respondents.

PER CURIAM. The judgment should be modified, by striking out the extra allowance to each defendant, and by striking out the taxable costs (but not the taxable disbursements) allowed to the defendant Fields, and, as so modified, affirmed, without costs to either party on this appeal; the figures as to the modification to be determined upon the settlement of the order.

